**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Kevin Andrew Cottle and Sandra Lynne Cottle

        Debtor(s).

Case No. 14−21605 WTT
Chapter 7

## DEFICIENCY NOTICE

    The Chapter 7 Petition filed with the Court on 2/24/14 was not accompanied by lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 set forth specific papers that are required to be filed with the Court.

    **By the due date(s) specified below,** you must file the papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you feel you are not required to file the listed papers, you may file an explanation of why the papers are not required, or, if grounds exist, a motion to extend the time for filing the missing papers and proposed order. Failure to timely comply may cause your case to be dismissed as described below.

    DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED:
    Statement of Affairs and Schedules, Summary of Schedules, Incomplete Filings due by 3/10/2014. (clo)

    If you fail to file all of the missing papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case for unreasonable delay.

---

### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

---

Dated: February 25, 2014

                              David A. Sime
                              Clerk of Court

```
                           United States Bankruptcy Court
                                  District of Utah
In re:                                                          Case No. 14-21605-WTT
Kevin Andrew Cottle                                             Chapter 7
Sandra Lynne Cottle
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: clo              Page 1 of 1             Date Rcvd: Feb 25, 2014
                              Form ID: f726          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2014.
db/jdb      +Kevin Andrew Cottle,   Sandra Lynne Cottle,   351 River Rd,   Alpine, UT 84004-1383

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2014 at the address(es) listed below:
              Philip G. Jones tr    PGJonesT@theomphalos.com,   pjones@ecf.epiqsystems.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
              W. Earl Webster    on behalf of Debtor Kevin Andrew Cottle earl.webster@harwardlaw.com,
               hillary.harward@harwardlaw.com;webster.earl@gmail.com;hibbs80.hillary@gmail.com
              W. Earl Webster    on behalf of Joint Debtor Sandra Lynne Cottle earl.webster@harwardlaw.com,
               hillary.harward@harwardlaw.com;webster.earl@gmail.com;hibbs80.hillary@gmail.com
                                                                                             TOTAL: 4