UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: **Kevin Andrew Cottle**
       **Sandra Lynne Cottle**
                                    Debtor(s).

Case No. __14-21605__
Chapter __7__

Trustee: __Phillip G. Jones__

AMENDED MATRIX
**$30 Fee Required**
[ ] IFP Waiver

File amended matrix with **ONLY** the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) [ ] Yes [ ] No.

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added. A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**   Adding [✔]   Correcting [ ]   Deleting [ ]
Please type the creditors' address(es) changes/additions below:

1) Payliance
   3 Easton Oval, Suite 210
   Columbus, OH 43219

2)

3)

4)

5)

6)

7)

8)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s)):

[✔] 341 Notice        [ ] Discharge Notice        [ ] Plan/Amended Plan

4/24/2014
DATE

W. Earl Webster
ATTORNEY FOR DEBTOR(S)

Rev. 11/11

```
                              Second Amended Matrix- Cottle
14-21605

Payliance
3 Easton Oval, Suite 210
Columbus, OH 43219
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Kevin Andrew Cottle

Sandra Lynne Cottle

Debtor(s).

Case No. 14-21605
Chapter 7

Trustee: Phillip G. Jones

AMENDMENT DECLARATION

Please circle or underline amended material where appropriate.
1. PETITION: ✔  REOPENING: Yes ☐ No ✔  CONVERSION (13 to 7): Yes ☐ No ✔
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions **only**!
2. SCHEDULES: A ☐ B ☐ C ☐ D ☐ E ☐ F ✔ G ☐ H ☐ I ☐ J ☐
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ☐   Adding ✔ ($30 amendment fee required for D, E, & F; OR ☐ IFP Waiver)
3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ✔
4. STATEMENT OF AFFAIRS: ☐
5. AMENDED CHAPTER 13 PLAN: ☐

> If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached Yes
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached ☐.
> **Reason no fee is attached**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> /s/ Kevin Cottle      4/24/14          /s/ Sandra Lynne Cottle     4/24/14
> Debtor               Date              Debtor                      Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes ☐ No ✔

_____
ATTORNEY FOR DEBTOR(S)

CERTIFICATE OF MAILING
I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

✔ 341 Notice to creditors added by this amendment.
☐ Discharge Notice to creditors added by this amendment.
☐ Amended Chapter 13 Plan to all creditors.

4/24/14                              /s/ W. Earl Webster
DATED                                ATTORNEY FOR DEBTOR(S)

Rev 11/11

B6F (Official Form 6F) (12/07)

In re __Kevin Andrew Cottle and Sandra Lynne Cottle__  Case No. __14-21605__
                              Debtor                                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Payliance<br>3 Easton Oval, Suite 210<br>Columbus OH, 43219 | | | | | | | 25,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____continuation sheets attached    0                                          Subtotal ▶   $   25,000.00
                                                                                                   Total ▶   $   25,000.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)